IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ENTERED
LOGGED RECEIVED

AUG 1 2 2024

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| TANISHA SMITH<br><br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>-against-<br><br>Washington Metropolitan Area Transit Authority<br><br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | **Complaint for a Civil Case**<br><br>Case No. LKG-24CV2342<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial:  ■ Yes   ☐ No<br>*(check one)* |

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | TANISHA SMITH |
   | Street Address | 74 East High |
   | City and County | Somerville, Somerset County |
   | State and Zip Code | 08873 |
   | Telephone Number | (718) 300-5995 |
   | E-mail Address | TanishaYhshrl@Gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Washington Metropolitan Area Transit Authority |
   | Job or Title (if known) | |
   | Street Address | 300 7th St., SW |
   | City and County | Washington, District of Columbia |
   | State and Zip Code | D.C 20024 |
   | Telephone Number | 202-637-1328 |
   | E-mail Address (if known) | |

2

Defendant No. 2

    Name      _____
    Job or Title (if known)      _____
    Street Address      _____
    City and County      _____
    State and Zip Code      _____
    Telephone Number      _____
    E-mail Address (if known)      _____

Defendant No. 3

    Name      _____
    Job or Title (if known)      _____
    Street Address      _____
    City and County      _____
    State and Zip Code      _____
    Telephone Number      _____
    E-mail Address (if known)      _____

Defendant No. 4

    Name      _____
    Job or Title (if known)      _____
    Street Address      _____
    City and County      _____
    State and Zip Code      _____
    Telephone Number      _____
    E-mail Address (if known)      _____

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

■ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. § 1983

42 U.S.C. § 1985(3)

18 U.S.C. § 242

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b.  If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

    **The amount in controversy is more than $75,000, not counting interest and costs of court, because I am seeking damages for** multiple severe violations of my constitutional rights, including unlawful detention, physical injury, and the use of excessive force against a minor with a disability. These violations have caused significant harm and suffering, both physically and emotionally.

5

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On May 15, 2024, at approximately 1800 Hours, at the Largo rail station, WMATA PD unlawfully detained me based on fabricated probable cause and coerced false testimonies from a witness. The officers, were not witnesses to the incident and failed to investigate. WMATA PD violated my rights to personal security and due process.

During the arrest, they injured my right shoulder and, without warning, used pepper spray on my autistic child, reflecting a severe breach of duty. These actions constitute significant violations of my Fourth and Fourteenth Amendment rights. I seek ~~damages~~ Compensation for said damages / infringements upon my rights.

I have a video of the incident prior to the police arriving (which they refused to view). Said video reflects factual evidence that I and my child were the victims, in danger.

I also have WMATA body worn camera footage proving police violated my constitutional rights on multiple accounts.. Including, but NOT limited to Battery, False arrest, lack of rendering due process, and wrongfully taking away my Freedom.

6

**IV.     Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The psychological damages I have endured exceeds; physical injuries and are challenging to quantify or observe. The presence of police officers triggers severe distress, worsening my condition. Given the lasting impact of these damages and the necessity for long-term therapy, I seek $1.5 million in relief / compensation.

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __08 / 08__, 20__24__.

Signature of Plaintiff  _[signature]_
Printed Name of Plaintiff  TANISHA SMITH

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.     For Attorneys**

Date of signing: _____, 20___.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
Email Address  _____

8