November 7th 2024

CIvil Action Numbers

LKG-24-2342
and

LKG-24-2662

IM ENTERED
RECEIVED

NOV 14 2024

U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY

To whom It May Concern;

This Letter Is to notify the Court
of our new Address which is

GEneral Delivery
17077 Texas Ave
Webster Texas 77598